**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **MATTHEW WORTHEY,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No.  1:26-CV-00868-ADA-DH** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| *Defendant* | § | |

### ORDER ON *IN FORMA PAUPERIS* STATUS

Before the Court is Plaintiff Matthew Worthey's Application to Proceed *In Forma Pauperis* and Financial Affidavit in Support and Complaint. Dkt. 1. The undersigned has reviewed Worthey's financial affidavit and determined that he is indigent and should be granted leave to proceed *in forma pauperis*, without prepayment of fees.

Accordingly, the Court hereby **ORDERS** that Worthey's request to proceed *in forma pauperis*, Dkt. 1, is **GRANTED**. The Clerk of the Court shall file Worthey's complaint without prepayment of fees or costs or giving security therefor pursuant to 28 U.S.C. § 1915(a). This indigent status is granted subject to a later determination that the action should be dismissed if the allegation of poverty is untrue or the action is found frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Worthey is further advised that although he has been granted leave to proceed *in forma pauperis*, a court may, in its discretion, impose costs of court at the conclusion of this lawsuit, as in other cases. *See Moore v. McDonald*, 30 F.3d 616, 621 (5th Cir. 1994).

Because Worthey has been granted leave to proceed *in forma pauperis*, the Court is required by standing order to review his Complaint under § 1915(e)(2). After reviewing Worthey's Complaint, the Court has determined that this case should not be dismissed as frivolous at this time. However, the Court cautions Worthey that the Court may make a determination in the future that the action should be dismissed because the allegation of poverty is untrue or the action is frivolous or malicious pursuant to 28 U.S.C. § 1915(e). Worthey is further advised that, although he has been granted leave to proceed *in forma pauperis*, the Court may, in its discretion, impose costs of court against him at the conclusion of this lawsuit, as in other cases. *See Moore*, 30 F.3d at 621.

The Court thus **FURTHER ORDERS** the Clerk of the Court to issue summons and the United States Marshal to commence service of process, including service of Worthey's complaint upon the named defendant under Rules 4 and 5 of the Federal Rules of Civil Procedure.

SIGNED April 13, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE